# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JASON PENINGER                                      PLAINTIFF

v.                          No. 3:18-cv-209-DPM

EASTPOINT RECOVERY GROUP,
INC.; and DOES 1-10, inclusive                  DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 18 April 2019 to enforce the parties' settlement agreement.

_____
D.P. Marshall Jr.
United States District Judge

22 January 2019